UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET L. LANE,

      Plaintiff,

v.

      Case No. 11-12230
      Hon. Gerald E. Rosen
      Magistrate Judge Charles E. Binder

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
      the U.S. Courthouse, Detroit, Michigan
      on September 12, 2012

      PRESENT:  Honorable Gerald E. Rosen
                     Chief Judge, United States District Court

      On November 16, 2011, Magistrate Judge Charles E. Binder issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Janet L. Lane's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 16, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's motion for summary judgment (docket #8) is DENIED, and that Defendant's motion for summary judgment (docket #9) is GRANTED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: September 12, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2012, by electronic and/or ordinary mail.

s/Shawntel Jackson for Ruth A. Gunther
Case Manager